QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
REYES TOPETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00298 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING |
| v. | AND ORDER |
| REYES TOPETE, | Date: December 19, 2005 |
| Defendant. | Time: 9:00 A.M. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference hearing scheduled in the above captioned matter for November 21, 2005, may be continued to December 19, 2005 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3 3161(h)(8)(B)(i) and (iv).

4     McGREGOR M. SCOTT
United States Attorney

7 DATED: November 16, 2005    By:  /s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
8     Assistant U.S. Attorney
Attorney for Plaintiff

11     QUIN DENVIR
Federal Defender

14 DATED: November 16, 2005    By:  /s/ Melody M. Walcott
MELODY M. WALCOTT
15     Assistant Federal Defender
Attorney for Defendant
16     REYES TOPETE

18     **ORDER**

19     **IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
20 3161(h)(8)(B)(i) and (iv).
21 IT IS SO ORDERED.
22 **Dated:   November 18, 2005**      /s/ Anthony W. Ishii
0m8i78    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference Hearing and Order    2