DENNIS S. WAKS, Bar #142581
Acting Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
REYES TOPETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>REYES TOPETE,<br><br>　　　　　　　　Defendant. | NO. 1:05-cr-00298 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING<br>AND ORDER<br><br>Date: January 30, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference hearing scheduled in the above captioned matter for January 17, 2006, may be continued to January 30, 2006, at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                   McGREGOR M. SCOTT
                   United States Attorney

DATED: January 10, 2005       By: /s/ Sherrill A. Carvalho
                   SHERRILL A. CARVALHO
                   Assistant U.S. Attorney
                   Attorney for Plaintiff

                   DENNIS S. WAKS
                   Acting Federal Defender

DATED: January 10, 2006       By: /s/ Melody M. Walcott
                   MELODY M. WALCOTT
                   Assistant Federal Defender
                   Attorney for Defendant
                   REYES TOPETE

## ORDER

**IT IS SO ORDERED.** The Status Conference Hearing is continued to January **30**, 2006 at 9:00 a.m. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: January 10, 2006**       **/s/ Anthony W. Ishii**
0m8i78                UNITED STATES DISTRICT JUDGE