DENNIS S. WAKS, Bar #142581
Acting Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
REYES TOPETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REYES TOPETE,<br><br>　　　　　　Defendant. | NO. 1:05-cr-00298 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER<br><br>Date:　February 21, 2006<br>Time:　9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference hearing scheduled in the above captioned matter for January 31, 2006, may be continued to February 21, 2006, at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                                    McGREGOR M. SCOTT
                                                    United States Attorney


DATED: January 19, 2005              By:   /s/ Sherrill A. Carvalho
                                           SHERRILL A. CARVALHO
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff



                                           DENNIS S. WAKS
                                           Acting Federal Defender


DATED: January 19, 2006              By:   /s/ Melody M. Walcott
                                           MELODY M. WALCOTT
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           REYES TOPETE
```

## ORDER

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    January 24, 2006**              /s/ **Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE