DANIEL J. BRODERICK, #89424
Acting Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
REYES TOPETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-cr-00298 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING |
| v. | ) AND ORDER |
| REYES TOPETE, | ) Date: April 10, 2006 |
| | ) Time: 9:00 A.M. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference hearing scheduled in the above captioned matter for March 20, 2006, may be continued to April 10, 2006, at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

                                                    McGREGOR M. SCOTT
                                                    United States Attorney

DATED: March 15, 2006              By:   /s/ Sherrill A. Carvalho
                                                    SHERRILL A. CARVALHO
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff


                                                    DANIEL J. BRODERICK
                                                    Acting Federal Defender

DATED: March 15, 2006              By:   /s/ Melody M. Walcott
                                                    MELODY M. WALCOTT
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    REYES TOPETE


## ORDER

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 15, 2006**              /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE